# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 30-97 Steinway Street. | Telephone: (347) 687-2019 |
| Suite 301-A | cmulhollandesq@gmail.com |
| Astoria, NY 11103 | |

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2021

Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

September 17th, 2021

Re: Martinez, et al. Fiscardo, Inc., et al.
~~20-cv-10255 (LGS)~~   21-cv-1229

Your Honor,

The parties write jointly to respectfully request that the court conference be adjourned two weeks until October 8th, 2021.

Without divulging the details of confidential settlement discussions, the parties would advise the Court that counsel have been in regular contact over the last two months trying to finalize the resolution of the claims for Plaintiff Victor Martinez. There is now commitment from all the necessary parties to move forward with the terms recommended by counsel. The parties hope to secure all the necessary documents within the last week of September and would merely ask for a conference on October 8th, 2021 to provide some extra time for counsel and the parties to move forward without having to ask for yet another adjournment.

The parties profusely thank the Court for its attention to this matter. There is a second Plaintiff Nestor Toribio and counsel have been working together to exchange the customary FLSA discovery disclosures in this meantime.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103

Telephone: (347) 687-2019
*Attorney for Plaintiffs*

The conference scheduled for September 24, 2021, is adjourned to **October 1, 2021 at 1:00 p.m.** The Court has already granted the parties two extensions and indicated in its last order (Dkt. 32) that it would grant no further extensions. It is providing one additional week now for the parties to provide their *Cheeks* submission.

The parties should appear for the conference on October 1 by dialing 888-363-4749, using the access code 3121171 and the security code 1229.

The Court also notes that the docket number provided on this letter is incorrect; the correct case number for this action is 21-cv-1229. Plaintiffs' counsel is admonished to pay more attention to the accuracy of the documents filed in this case.

SO ORDERED.

9/17/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE