```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
VICTOR MARTINEZ and NESTOR TORIBIO RAMOS,

                  Plaintiffs,

-against-

FISCARDO, INC. D/B/A ORION DINER & GRILL, ASTRINOS VOUMVOURAKIS AND IOANNIS AKRIOTIS,

                  Defendants.
-------------------------------------------------------------- X

21-cv-1229 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference is currently scheduled for October 1, 2021 at 1:00 p.m.;

      IT IS HEREBY ORDERED that, due to a conflict in the Court's calendar, the conference is rescheduled to **October 1, 2021 at 10:30 a.m.** The parties should appear for the conference on October 1 at 10:30 a.m. by dialing 888-363-4749, using the access code 3121171 and the security code 1229.

**SO ORDERED.**

Date: September 27, 2021
New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**